# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**762**
**CA 10-01871**
PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND MARTOCHE, JJ.

---

MICHELLE L. DUKE, PLAINTIFF-RESPONDENT,

V                                                                          ORDER

BRIAN A. DUKE, DEFENDANT-APPELLANT.

---

BRIAN A. DUKE, DEFENDANT-APPELLANT PRO SE.

MATTAR, D'AGOSTINO & GOTTLIEB, LLP, BUFFALO (JONATHAN SCHAPP OF
COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Erie County (John F.
O'Donnell, J.), entered March 25, 2010.  The order amended a judgment
of divorce.

    It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  June 8, 2012                                    Frances E. Cafarell
                                                         Clerk of the Court